IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:23-cr-00454-JEB |
| v. | : | |
| | : | |
| DONALD PEARSTON | : | |
| | : | Sentencing: April 12, 2024 at 10am |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION TO LEAVE TO TRAVEL**

COMES NOW the Defendant, DONALD PEARSTON, by counsel, and respectfully moves this Honorable Court to amend the conditions of his pre-trial release to allow for his travel to the Bahamas in the company of his wife for the purpose of utilizing their boat which is docked in that country.

In support thereof, Defendant states as follows:

Defendant owns a boat which is currently docked in the Bahamas. Defendant typically travels every 2 months to perform routine maintenance on the boat. Defendant was arrested on September 20th, 2023 and released subject to conditions. One of Defendant's conditions of release is that he obtain Court approval for any international travel. Upon Defendant's unopposed motion of November 30, 2023 and this Court's Order of December 12, Defendant was permitted to travel to the Bahamas for the purpose of performing maintenance on the boat subject to his maintaining contact with Pretrial Services Agency ('PSA') throughout his travel (See Order dated 12/12/23, ECF No. 15). Defendant was compliant with the Court's order, verified his itinerary with PSA prior to departure, maintained contact throughout his trip with PSA and returned his passport to PSA upon his return.

Defendant intends to travel with his wife to perform necessary maintenance to his boat in

the Bahamas. Defendant estimates that the length of travel (including travel to and from) would not exceed 14 days. Specifically, Defendant intends to fly from Omaha, Nebraska to either Miami or West Palm Beach, Florida. In the past, depending on the availability and timing of flights, Defendant has had to stay a night in Florida. Defendant would then continue from Florida to Marsh Harbour, Bahamas. Once in the Bahamas, Defendant would need to perform engine maintenance and clean the bottom of the boat. Defendant would return to Omaha again by way of either Miami or West Palm Beach.

Defendant intends to complete this trip sometime between the entry of a Court order authorizing such travel and March 13, 2024 – well in advance of Defendant's sentencing date. If approved, Defendant would submit his ultimate travel itinerary and flight information to PSA.

Defendant is 58 years old with no prior criminal history whatsoever. He was interviewed by the FBI in December 2021 regarding the events of January 6th during which time he was cooperative and forthright. From that time until present, Defendant has traveled frequently to and from the Bahamas. Since his arrest, Defendant has fully abided by the terms and conditions of his release, including obtaining permission from his local pre-trial officer to travel briefly to the state of Texas and obtaining permission from this Court to travel to the Bahamas on one previous occasion. Defendant has taken responsibility for his actions and plead guilty to two petty misdemeanors on January 11, 2024. He has been compliant with probation during the pre-sentence investigation and was interviewed successfully on February 1st.

Undersigned counsel has conferred with the assigned, AUSA Raymond Woo, who has no objection to Defendant's request. Undersigned counsel has conferred with Pretrial Services Officer Shania Fennell who indicated that PSA will to defer to the Court.

WHEREFORE Defendant Donald Pearston respectfully requests This Honorable Court

GRANT his motion for leave to travel to the Bahamas subject to whatever conditions the Court deems reasonable and necessary.

>Respectfully submitted,
>
>DONALD PEARSTON
>
>By counsel
>
>_____/s/ Sebastian M. Norton_____
>Sebastian M. Norton, DC Bar #1008961
>King, Campbell & Poretz, PLLC
>118 N. Alfred Street
>Alexandria, VA 22314
>(703) 683-7070 Telephone
>(703) 652-6010 Facsimile
>sebastian@kingcampbell.com
>*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

>_____/s/ Sebastian M. Norton_____
>Counsel for Defendant